*E-FILED - 11/10/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDINO JOHNSON, | No. C 09-2983 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| R.S. WARREN and BRAD SMITH, | |
| Defendants. | |

The court has dismissed the instant complaint. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/6/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge